**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**MONTEL DEON MURRY
ADC #134453**                                                                               **PLAINTIFF**

**v.**                    **CASE NO. 1:12CV00095 BSM/JTK**

**MARY BETH FLOYD, Assistant Nurse Practitioner,
Ouachita River Correctional Unit,
Arkansas Department of Correction et al.**                **DEFENDANTS**

<u>**ORDER**</u>

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 5] and the filed objections [Doc. No. 6] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

Defendants Geneva Brooks Sergeant, David White, Bernard Williams, and Wendy Kelley are dismissed from the case for failure to state a claim upon which relief may be granted.

Dated this 4th day of December 2012.

                                                                          _____
                                                                       UNITED STATES DISTRICT JUDGE