**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

MONTEL DEON MURRY,
ADC #134453                                                                          PLAINTIFF

v.                                          1:12CV00095-BSM-JTK

MARY BETH FLOYD, et al.                                                   DEFENDANTS

## ORDER

    This matter is before the Court on the Defendants' Motion to Compel (Doc. No. 70).   As of this date, Plaintiff has not filed a response to the Motion.  Accordingly,

    IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendants' Motion to Compel within ten (10) days of the date of this Order.  Failure to respond to this Court's Order may result in the dismissal without prejudice of the Plaintiff's Complaint for failure to prosecute. See Local Rule 5.5(c)(2).

    IT IS SO ORDERED this 9th day of April,  2013.

_____
   JEROME T. KEARNEY
   UNITED STATES MAGISTRATE JUDGE