# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MONTEL DEON MURRY**
**ADC #134453**                                                                                    **PLAINTIFF**

**v.**            **CASE NO. 1:12CV00095 BSM/JTK**

**MARY BETH FLOYD, Assistant Nurse Practitioner,**
**Ouachita River Correctional Unit,**
**Arkansas Department of Correction et al.**                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, the case is dismissed without prejudice.

Dated this 30th day of May 2013.

_____
UNITED STATES DISTRICT JUDGE